**No. 68008.**—Nordlight, Inc. *v.* United States, protest 63/7790 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc. v. United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiff was sustained.